SUSAN WEBER, Doing Business as A & S KNITTED FABRICS, Respondent-Appellant, v. STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK et al., Defendants, and NEIL KOLODNEY, Appellant-Respondent. — NEIL KOLODNEY, Appellant-Respondent, v. SUSAN WEBER et al., Respondents-Appellants, et al., Defendants. (And Other Actions.)

Beldock, P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.